Jacob A. E. Steen against Ole Landsness. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

STEIN GRAY DRUG CO., Appellant, v. J. MICHELSEN CO., Respondent. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by the Stein Gray Drug Company against H. Michelsen Company. M. M. Williams, for appellant. A. G. Stiles, for respondent. No opinion. Determination affirmed, with costs. Order filed. See, also, 134 App. Div. 969, 119 N. Y. Supp. 1145.

---

STEWART, Respondent, v. D'ONOFRIO, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by John M. Stewart, an infant, etc., against Fortunato D'Onofrio. P. M. Abrahams, for appellant. M. S. Bevins, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 120 N. Y. Supp. 1147.

---

STEWART, Respondent, v. D'ONOFRIO, Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by Oscar Stewart against Fortunato D'Onofrio. P. M. Abrahams, for appellant. M. S. Bevins, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 120 N. Y. Supp. 1147.

---

STEWART v. D'ONOFRIO (two cases). Supreme Court, Appellate Division, First Department. March 11, 1910.) Action by John M. Stewart, an infant, and by Oscar Stewart against Fortunato D'Onofrio. No opinions. Motions denied. Orders filed. See, also, 120 N. Y. Supp. 1147.

---

STICKLES et al. v. MILLER et al. (Supreme Court, Appellate Division, Third Department. March 25, 1910.) Action by Gertrude M. Stickles and others against Wilbur Miller and others.

PER CURIAM. Motion granted, unless within 20 days from the service of a copy of this order and notice of entry thereof the appellant serves his papers upon appeal and pays to the respondent $10 costs, in which case, motion denied, without costs.

---

STORK, Respondent, v. LYMBER, Appellant. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Action by Reinhard Stork against John D. Lymber. No opinion. Motion to dismiss appeal granted, with costs. There is nothing to indicate that the new evidence was discovered after the judgment was voluntarily paid. See, also, 134 App. Div. 987, 119 N. Y. Supp. 1146.

---

In re SUGARMAN. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of Mark Sugarman, an attorney. No opinion. Proceedings dismissed, with the admonition of the court, however, that the respondent must be careful not to offend again.

---

TALLEY et al. v. JAMES EVERARD'S BREWERIES. (Supreme Court, Appellate Division, First Department. April 8, 1910.) Action by John J. Talley and others against James Everard's Breweries. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 116 N. Y. Supp. 657.

---

In re TAYLOR. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) In the matter of James Taylor, an attorney. No opinion. Proceedings referred to Paul Grout, Esq., to investigate and report, with his opinion, and Edward A. Freshman, Esq., as representative of the Brooklyn Bar Association, assigned to prosecute.

---

TAYLOR v. BACON. (Supreme Court, Appellate Division, First Department. March 31, 1910.) Action by Catherine Taylor against Alexander S. Bacon. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

TAYLOR v. EMMET et al. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Josephine W. Taylor against Alice W. Emmet and others. N. S. Spencer, for appellants. G. Zabriskie, for respondent Taylor. J. H. Hammond, for respondents Whitney and others. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 122 N. Y. Supp. 66.

---

THOMPSON v. BROOKSIDE REALTY CO. (Supreme Court, Appellate Division, First Department. March 18, 1910.) Action by Frederick A. Thompson against the Brookside Realty Company. No opinion. Motion for stay denied, with $10 costs. Order filed.

---

THOMSON, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) Action by Olaf Thomson against the Board of Education of the City of New York. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 121 N. Y. Supp. 491.

---

TITLE GUARANTEE & TRUST CO., Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1910.) In the matter of supplementary proceedings in the action of the Title Guarantee and Trust Company against Max Brown. No opinion. Motion denied, without costs. See, also, 121 N. Y. Supp. 891.